CYNTHIA DUNN v. JOHN A. DUNN.

October 15, 1986.

Petition for certification denied.

RUDOLPH ROTH v. THE ESTATE OF WILLIAM L. PELIO.

October 15, 1986.

Petition for certification denied.

MILTON J. LISS v. TRUCK DRIVERS AND
CHAUFFEURS UNION, LOCAL 478.

October 15, 1986.

Petition for certification denied.

DAVID GUY BALDWIN v. HOWARD L. BEYER.

October 15, 1986.

Petition for certification denied.